UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-9-14
```

UNITED STATES *ex rel* FOX RX INC.,

Plaintiff,

-v-

WALMART STORES, INC.,

Defendant.

No. 13-cv-7782 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

Pursuant to the Court's June 9, 2014 Order, IT IS HEREBY ORDERED THAT this case's caption and docket shall be unsealed, and (1) the Complaint, (2) the Court's June 9, 2014 Order, (3) the Notice of Decision to Decline Intervention, and (4) all filings subsequent to June 9, 2014 shall be unsealed. All other filings shall remain sealed.

SO ORDERED.

Dated:  July 9, 2014
        New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE